# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

SERGEI FREIDZON,

Debtor.

Case No. 14-13466-RGM
(Chapter 13)

## **ORDER**

THIS CASE was before the court on October 22, 2014, on the debtor's Motion to Determine Sale and Sanctions filed by the debtor pro se. It appearing proper to do so, it is

ORDERED that the motion is dismissed without prejudice.

DONE at Alexandria, Virginia, this 13th day of November, 2014.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Tommy Andrews, Jr.
Thomas P. Gorman

Copy mailed to:

Sergei Freidzon
7914 Schuyler Court
Annandale, Virginia 22003

19810