## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

SERGEI FREIDZON
            Debtor

Chapter 13

Case No. 14-13466-RGM

### ORDER DISALLOWING CLAIM

    The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

    ORDERED, that Claim No. 4 filed by Wells Fargo Bank, N.A. in the amount of $141,339.55 (arrearage of $51,942.63) be disallowed in this proceeding.

Aug 4 2015

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

I Ask For This:

eod 8/4/2015

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order Disallowing Claim, page 2
Case #14-13466-RGM, Sergei Freidzon

**PARTIES TO RECEIVE COPIES**

Sergei Freidzon
Chapter 13 Debtor
7914 Schuyler Ct.
Annandale, VA 22003

Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314

Wells Fargo Bank, N.A.
c/o Melissa G. Young,
Vice President Loan
Documentation
Attn: Bankruptcy Department
MAC#T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251-4201

Corporation Service Company
Registered Agent for Wells Fargo Bank, NA
Bank of America Center, 16th Fl.
1111 E. Main Street
Richmond, VA 23219-0000

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314