# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| SERGEI FREIDZON | Chapter 13 |
|                 DEBTOR | |
| WELLS FARGO HOME MORTGAGE | Case No. 14-13466-RGM |
|           Movant/Secured Creditor | |
| v. | |
| Sergei Freidzon and Thomas P. Gorman, Trustee, | |

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following:

(1) A Plan in this Chapter 13 Case was confirmed by the Court on March 13, 2015, which provided for 100% payout to allowed claimants. Because the claims bar date had passed and Movant had not filed a Proof of Claim, the Plan as confirmed did not include funding for any mortgage arrearages.

(2) Subsequently, Movant filed a Proof of Claim on May 29, 2015, to which Trustee objected on timeliness grounds.

(3) The Claim has been disallowed by virtue of an Order entered August 4, 2015.

(4) Consequently, this creditor is to receive no payment under the Plan confirmed on March 13, 2015.

(5) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(6) The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   February 12, 2016                __/s/ Thomas P. Gorman _____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         300 North Washington Street, Ste. 400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 12th day of February, 2016.

                                         _/s/Thomas P. Gorman_____
                                         Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 02/12/2016

CASE NO: 14-13466-RGM
STATUS: ACTIVE

DEBTOR: XXX-XX-7931
FREIDZON, SERGEI
AKA:
7914 SCHUYLER CT.
ANNANDALE, VA 22003

DATE FILED: 09/18/2014
CONFIRMED: 03/12/2015
LATEST 341: 10/28/2014
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 10/2014
ON SCHEDULE: 1,467.00
ACTUAL PAYMENTS: 1,500.00
AMOUNT BEHIND: 0.00

ATTORNEY: PRO SE
ALEXANDRIA, VA 22314
Phone: Fax:

SCHEDULE: 97.00 MONTHLY
TOTAL PAID: 1,500.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/03/16 | PC | 100.00 |
| 12/22/15 | PC | 100.00 |
| 11/25/15 | PC | 100.00 |
| 10/23/15 | PC | 100.00 |
| 09/25/15 | PC | 100.00 |
| 08/21/15 | PC | 100.00 |
| 07/24/15 | PC | 100.00 |
| 06/23/15 | PC | 100.00 |
| 05/26/15 | PC | 100.00 |
| 04/29/15 | PC | 100.00 |
| 03/27/15 | PC | 100.00 |
| 01/27/15 | PC | 100.00 |
| 12/29/14 | PC | 100.00 |
| 11/21/14 | PC | 100.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 320274 | FAIRFAX COUNTY | PRO | SEC 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 002 | 341336 | WELLS FARGO HOME MORTGAGE LATE/DISALLOWED 8/4/15 | FIX-I | SEC 100.00 | | 817.14 0.00 | 51,942.63 49,028.97 | 0.00 0.00 | 0.00 0.00 | Closed |
| 003 | 334098 | AARGON AGENCY GW UNIV-CLM OBJ FILED | PRO-A | UNS 100.00 | | 0.00 0.00 | 633.40 633.40 | 633.40 633.40 | 0.00 0.00 | 633.40 0.00 |
| 004 | 338615 | MIDLAND FUNDING VERIZON WIRELESS-CLM OBJ FILED | PRO-A | UNS 100.00 | | 0.00 0.00 | 367.97 367.97 | 367.97 367.97 | 0.00 0.00 | 367.97 0.00 |
| 005 | 323583 | JEFFERSON CAPITAL SYSTEMS LLC UNL/WACHOVIA-CLM OBJ FILED | PRO-A | UNS 100.00 | | 0.00 0.00 | 113.99 0.00 | 113.99 113.99 | 0.00 0.00 | 113.99 0.00 |
| 0799A | PRO SE | PRO SE | PRO | ATY 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 799 | ANDREW | TOMMY ANDREWS, JR., ESQ. PER TRUSTEE FEES TO BE PAID | PRO 01/2016 | ATY 100.00 | | 0.00 0.00 | 4,000.00 4,000.00 | 3,700.00 3,700.00 | 1,328.40 0.00 | 2,371.60 0.00 |
| | | Trustee Administrative Fees | | | | | | 66.70 | 66.70 | |
| | | TOTALS: | | | | 817.14 0.00 | 5,115.36 5,001.37 | 4,882.06 4,882.06 | 1,395.10 0.00 | 3,486.96 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 4,000.00 | 0.00 | 0.00 | 1,001.37 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,700.00 | 0.00 | 0.00 | 1,115.36 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,328.40 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,371.60 | 0.00 | 0.00 | 1,115.36 | 0.00 | DUE CREDITORS: | 3,486.96 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 181.75 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 104.90 |
| BALANCE DUE: | 0.00 | 2,371.60 | 0.00 | 0.00 | 1,115.36 | 0.00 | APPROX BALANCE: | 3,563.81 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                 Case Maintenance 10.5