UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2016 MAR 15 P 2: 02

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

In re:

SERGEI FREIDZON,

    Debtor.

Case No. 14-13466-RGM
(Chapter 13)

## MOTION TO DISMISS

COMES NOW Debtor Sergei Freidzon, *pro se*, and respectfully moves the Court to dismiss this, his Chapter 13 case, pursuant to 11 U.S.C. § 1307(b), and in support states as follows:

Pursuant to 11 U.S.C. § 1307(b), "On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter."

WHEREFORE, Debtor respectfully asks this Court to dismiss this case.

_____
Sergei Freidson, *pro se*

03-15-16

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this __03__ day of __15__, 20__16__.

_____Sergei Fedden, Sr_____

**14-13466-RGM** Sergei Freidzon
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Robert G. Mayer
**Date filed:** 09/18/2014 **Date of last filing:** 02/21/2016 **Plan confirmed:** 03/13/2015

# Creditors

**Aargon Agency As Agent For George Washington Unive**
George Washington University Hospit                 (12568740)
8668 Spring Mountain Rd                             (cr)
Las Vegas, NV 89117-4113

**Fairfax County**
Dept of Tax Administration                          (12604436)
PO Box 10200                                        (cr)
Fairfax, VA 22035

**Jefferson Capital Systems LLC**
Po Box 7999                                         (12694766)
Saint Cloud Mn 56302-9617                           (cr)

**Midland Credit Management, Inc.**
as agent for MIDLAND FUNDING LLC                    (12584169)
PO Box 2011                                         (cr)
Warren, MI 48090

**WELLS FARGO BANK, N.A.**
ATTN: BANKRUPTCY DEPARTMENT
MAC#T7416-023                                       (12912401)
4101 WISEMAN BLVD.                                  (cr)
SAN ANTONIO, TX 78251

**Wells Fargo Home Mortgage**
PO Box 6423                                         (12555991)
Carol Stream, IL 60197                              (cr)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Division

FILED
2016 MAR 15 P 2: 02

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

In re:

Debtor(s)

**SERGEI FREIDZON**

Plaintiff(s)

v.

Defendant(s)

Case No.
Chapter

*Case No: 14-13466 RGM*
*(Chapter 13)*

Adversary Proceeding No.

### CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: *Motion to Dismiss*
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared, or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

**NONE**
(Name of Attorney)

**NONE**
(Address of Attorney)

**NONE**
(Telephone Number of Attorney)

**SERGEI FREIDZON, SR**
Name of Pro Se Party (Print or Type)

*Sergei Freid..*
Signature of Pro Se Party

Executed on: __03-15-16__ (Date)

[2090edva ver. 12/15]